# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN E. FULLER and<br>KYOKO I. FULLER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:09CV377 |
| vs. | )<br>) | ORDER |
| UNITED STATES OF AMERICA, | )<br>) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that plaintiffs' unopposed motion for extension of time (Filing 20) is granted, as follows:

1. The parties shall notify the undersigned magistrate judge by joint or separate letters regarding mediation no later than June 14, 2010.

2. The telephonic planning conference is continued from June 7, 2010 to Monday, August 9, 2010 at 9:30 a.m.

**DATED March 18, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**