IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN E. FULLER and<br>KYOKO I. FULLER, | ) <br> ) <br> ) | CASE NO. 8:09cv377 |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | ORDER GRANTING STAY<br>PENDING MEDIATION |
| UNITED STATES OF AMERICA, | ) <br> ) | |
| Defendant. | ) | |

THIS MATTER came before the Court for a Rule 16 planning conference. Counsel appeared telephonically. Sheldon M. Kay represented the plaintiffs and Ellen K. Weis represented the defendant. Progression of the case reviewed. For good cause,

**IT IS ORDERED:**

1. This case is stayed until **September 30, 2010** to permit the parties to participate in mediation.

2. During the period of stay, compliance with deadlines established by the progression order, responses to discovery and other proceedings shall not be required.

3. Within five days following the completion of the parties' settlement meeting, the Plaintiff's counsel shall **electronically file a status report** advising whether the case has been settled.

4. If there is no settlement, counsel shall notify the undersigned by **October 4, 2010,** at which time the Court will establish a new progression order.

**DATED: August 9, 2010.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**